UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD LESLIE HATFIELD, | CASE NO. C07-0296-JCC-MAT |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |
| MANFRED STUMPF, et al., | |
| Defendants. | |

Plaintiff, a Washington state prisoner, is proceeding *pro se* and *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983. On March 6, 2007, the Court granted plaintiff 30 days in which to file an amended complaint. (Dkt. #6). Plaintiff has filed a motion seeking to extend this deadline until May 5, 2007. (Dkt. #8). Having considered the motion and the balance of the record, the court hereby finds and ORDERS as follows:

(1)     Plaintiff's motion for an extension of time (Dkt. #8) is GRANTED. Plaintiff must file an amended complaint curing the deficiencies set forth in the Court's previous Order, no later than **May 7, 2007.** The amended complaint must carry the same case number as this one. **If no amended complaint is timely filed, or if the complaint fails to set forth a cause of action**

**under § 1983, the court will recommend that this matter be dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.**

(2)     The Clerk shall send a copy of this Order to plaintiff and to the Honorable John C. Coughenour.

DATED this <u>6th</u> day of April, 2007.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
PAGE -2