01

02

03

04

05                          UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
06                                 AT SEATTLE

07 RICHARD LESLIE HATFIELD,              )    CASE NO. C07-0296-JCC
                                         )
08          Plaintiff,                   )
                                         )
09          v.                           )    ORDER DISMISSING § 1983
                                         )    ACTION
10 MANFRED STUMPF, et al.,               )
                                         )
11          Defendants.                  )
   _____ )

12

13         The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice

14 Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record,

15 does hereby ORDER:

16         (1)    The Court adopts the Report and Recommendation;

17         (2)    The complaint and this § 1983 action are DISMISSED without prejudice for

18                failure to state a claim upon which relief may be granted.  *See* 28 U.S.C. §

19                1915(e)(2)(B)(ii);

20         (3)    This dismissal shall count as a dismissal under 28 U.S.C. § 1915(g);

21         (4)    Plaintiff's motion for a temporary restraining order (Dkt. #11) is DENIED as

22                moot; and

ORDER DISMISSING § 1983 ACTION
PAGE -1

01   (5)   The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

02   DATED this 4th day of June, 2007.

03

04

John C. Coughenour
United States District Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DISMISSING § 1983 ACTION
PAGE -2